1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH LEWIS FAULKNER,                 1:08-cv-00806-WMW-(HC)

12                   Petitioner,
                                             ORDER AUTHORIZING
13        vs.                                IN FORMA PAUPERIS STATUS

14   MULE CREEK STATE PRISON,

15                   Respondent.
     _____/

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21   IT IS SO ORDERED.

22   **Dated:    June 20, 2008**          _____/s/  **William M. Wunderlich**_____
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28